# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  1:21-cv-01138-SKC

ALPERT SIGNATURE HOMES, INC.,

Plaintiff,

v.

OHIO SECURITY INSURANCE COMPANY,

Defendant.

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Alpert signature Homes, by and through its undersigned counsel, GRIFFITHS LAW PC hereby advises the Court that the parties have agreed to a settlement of all claims between them. As a result, the parties will work diligently to consummate the settlement and submit a Stipulation for Dismissal within thirty (30) days.

In light of the settlement, the parties respectfully request that the Court vacate all future scheduled appearances and deadlines

Respectfully submitted this 14th day of June, 2021.

GRIFFITHS LAW PC

/s/ Duncan Griffiths
Duncan Griffiths
Kimberly Newton
10375 Park Meadows Drive, suite 520
Lone Tree, CO 80124
(303) 858-8090
duncan@griffithslawpc.com

        knewton@griffithslawpc.com
        *Attorneys for Plaintiff,*
        *Alpert Signature Homes*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2021, a true and correct copy of the foregoing **NOTICE OF SETTLEMENT** was served via CCEF to the following:

Brian J. Spano
Lewis Roca Rothgerber Christie, LLP
1200 17th Street, Suite 3000
Denver, CO 80202
bspano@lewisroca.com

        */s/ Nixie K. Gasser*
        Nixie K. Gasser